Holland N. O'Neil (TX 14864700)
Marcus A. Helt (TX 24052187)
Michael S. Haynes (TX 24050735)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, TX  75201-4761
Telephone:  214.999.3000
Facsimile:  214.999.4667

**PROPOSED COUNSEL TO DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: § § | § Chapter 11 |
| RENAISSANCE HOSPITAL-GRAND PRAIRIE, INC. § § § | § Case No. 08-43775-11 § § |
| Debtor. § | § |

**LIST OF EQUITY SECURITY HOLDERS**

The Equity Security Holder for the Debtor in the above-captioned case is:

| **Name** | **Address** | **Equity Holdings** |
|---|---|---|
| RHS Acquisitions, LLC | RHS Acquisitions, LLC
1415 North Loop West, Suite 1100
Houston, Texas  77008 | 51% |
| Various Douglass Trusts | J. Scott Douglass
909 Fannin, Suite 1800
Houston, Texas 77010 | 49% |