U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

THE DATE OF ENTRY IS
ON THE COURT'S DOCKET
TAWANA C. MARSHALL, CLERK

AUG 10 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RENAISSANCE HOSPITAL – GRAND PRAIRIE, INC., d/b/a RENAISSANCE HOSPITAL – GRAND PRAIRIE, *et al.*, | § § § | Case No. 08-43775-DML-11 |
| | § | |
| Debtors. | § | Jointly Administered |

## SCHEDULING ORDER ON MECHANICS AND MATERIALMEN'S LIEN CLAIMS RELATED TO GRAND PRAIRIE HOSPITAL

This order governs the scheduling of the disputes (the "M&M Lien Disputes") by MetroBank, N.A. ("MetroBank") and First National Bank of Edinburg, Texas ("FNB") on the one hand, and various parties claiming mechanics and materialmen's liens ("M&M Lien Disputes"), pursuant to the Agreed Order Approving Joint Motion Under Bankruptcy Rule 9019 to Approve Compromise and Settlement with First National Bank, N.A. and Metrobank, N.A. [Docket No. 726].

IT IS HEREBY ORDERED that a hearing on the M&M Lien Disputes shall take place at 1:30 p.m. Central Time on December 14, 2009; and it is further

ORDERED that any party seeking to contest (i) the jurisdiction of the Court over the M&M Lien Disputes, (ii) that the M&M Lien Disputes be tried as a contested matter rather than by an adversary proceeding, or (iii) that the Court may exercise core jurisdiction over the rather than merely

SCHEDULING ORDER – PAGE 1

HOU 2930164 4

issuing a report and recommendation, must file a motion ("Jurisdictional Motion") so challenging on or before September 1, 2009. Failure to file a timely Jurisdictional Motion shall waive and bar any subsequent motion on any such issue; and it is further

ORDERED that any response to any Jurisdictional Motion be filed on or before September 14, 2009; and it is further

ORDERED that any reply regarding any Jurisdictional Motion be filed no later than September 21, 2009; and it is further

ORDERED that all briefing shall comply with the applicable Local Bankruptcy and District Rules; and it is further

ORDERED that a hearing on any Jurisdictional Motions shall be take place at 1:30 p.m. Central Time on September 23, 2009; and it is further

ORDERED that any experts be designated and any reports be exchanged no later than October 2, 2009, and that any responsive experts be designated and any reports exchanged by no later than October 16, 2009, subject to further Order of the Court;

ORDERED that discovery shall be completed no later than October 30, 2009, subject to further Order of the Court;

ORDERED that in the event the Court grants any Jurisdictional Motion and any dispute is thereafter to be conducted in another court or other tribunal, then any discovery conducted prior to the Court ruling on such Jurisdictional Motion may be used in the subsequent proceeding in any other court or other tribunal, as if taken in such subsequent proceeding.

### # # END OF ORDER # # #